IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| VALERIA L. UPSHAW, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )  CASE NO. 2:09-CV-638-ID |
| | )          (WO) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The petitioner's objection (Doc. #13) to the Recommendation of the Magistrate Judge, filed on August 31, 2009, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #11) filed on August 17, 2009, is ADOPTED; and

3. The Motion to Stay Execution of Sentence (Doc. # 4) is DENIED.

DONE this 4th day of September, 2009.

                                                           /s/ Ira DeMent
                                       SENIOR UNITED STATES DISTRICT JUDGE